# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MICHAEL ROGERS, RONALD ACKERSON, and DAMIEN RIVERA *et al.*, <br><br> Plaintiffs, <br> vs. <br><br> DEPARTMENT OF CHILDREN, YOUTH and FAMILIES (DCYF) *et al.*, <br><br> Defendants. | CASE NO. 3:21-cv-05248-RAJ-MLP <br><br> STIPULATION AND ORDER EXTENDING TIME FOR ANSWER AND SETTING SINGLE DATE <br><br> NOTE ON MOTION CALENDAR: APRIL 28, 2021 |

## I. STIPULATION

The parties, by and through their respective attorneys of record, hereby stipulate to the following:

1. The parties agree that the current schedule in this matter should be amended to allow for one date for the answering of Plaintiffs' Class Action Complaint (Dkt. #1) by all Defendants. This agreement was the product of a meet-and-confer conference occurring on April 27, 2021, in part regarding Defendants' counsel's proposed Rule 12 motion. Plaintiffs' counsel asked for additional time to study and consider the issues presented by the motion as discussed at the conference, including citations of authority to be provided by Defendants' counsel.

STIPULATION AND ORDER
EXTENDING TIME FOR ANSWER
NO. 3:21-cv-05248-RAJ-MLP

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

2. Currently, the individually named Defendants have not yet been personally served with the summonses and complaint in this matter. However, they are willing to waive personal service as part of the schedule set forth in the Order below in which a single answer for all Defendants would be filed, on or after the time that Defendants file their Rule 12 motion. Plaintiffs' counsel has already provided proposed waivers of service to Defendants' counsel.

3. The parties are willing to set by order a date of June 1, 2021 for all Defendants to answer Plaintiffs' Class Action Complaint.

RESPECTFULLY SUBMITTED this 28th day of April 2021.

| COLUMBIA LEGAL SERVICES | ROBERT W. FERGUSON<br>Attorney General |
|---|---|
| s/ *Sarah R. Nagy*<br>SARAH R. NAGY, WSBA No. 52806<br>BONNIE A. LINVILLE, WSBA No. 49361<br>NICHOLAS B. STRALEY, WSBA No. 25963<br>101 Yesler Way, Suite 300<br>Seattle, WA 98104<br>Telephone: (206) 464-0838 | s/ *Daniel J. Judge*<br>DANIEL J. JUDGE, WSBA No. 17392<br>*Senior Counsel*<br>ANNE MILLER, WSBA No. 48355<br>WILLIAM MCGINTY, WSBA No. 41868<br>CINDY J. GADDIS, WSBA No. 49788<br>*Assistant Attorneys General* |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

## II. ORDER

IT IS HEREBY ORDERED that:

1. The stipulation of the parties is APPROVED AND ADOPTED. All Defendants shall answer Plaintiffs' Class Action Complaint (Dkt. #1) on or by June 1, 2021.

2. Defendants' counsel shall file completed waivers of service for the individually named Defendants with the Court through the ECF system.

Dated this 29th day of April, 2021.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATION AND ORDER
EXTENDING TIME FOR ANSWER
NO. 3:21-cv-05248-RAJ-MLP

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

Presented by:

ROBERT W. FERGUSON
Attorney General


s/     *Daniel J. Judge*
DANIEL J. JUDGE, WSBA No. 17392
*Senior Counsel*
ANNE MILLER, WSBA No. 48355
WILLIAM MCGINTY, WSBA No. 41868
CINDY J. GADDIS, WSBA No. 49788
*Assistant Attorneys General*

Office of the Attorney General
7141 Cleanwater Drive SW
PO Box 40124
Olympia, WA 98504-0124
Telephone: (360) 586-6565
Fax:             (360) 586-6657
Email:          Daniel.Judge@atg.wa.gov
                     William.McGinty@atg.wa.gov
                     Anne.Miller@atg.wa.gov
                     Cindy.Gaddis@atg.wa.gov


*Attorneys for Defendants*

Approved for Entry by:

COLUMBIA LEGAL SERVICES


s/     *Sarah R. Nagy*
SARAH R. NAGY, WSBA No. 52806
BONNIE A. LINVILLE, WSBA No. 49361
NICHOLAS B. STRALEY, WSBA No. 25963
101 Yesler Way, Suite 300
Seattle, WA 98104
Telephone: (206) 464-0838
Email:          Sarah.Nagy@Columbialegal.org
                     Bonnie.Linville@Columbialegal.org
                     Nick.Straley@Columbialegal.org

*Attorneys for Plaintiffs*

STIPULATION AND ORDER
EXTENDING TIME FOR ANSWER
NO. 3:21-cv-05248-RAJ-MLP

3

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

# CERTIFICATE OF SERVICE

I certify under penalty of perjury of the laws of the state of Washington and the United States that on April 28th, 2021, I caused the Stipulation and Order Extending Time for Answer and Setting Single Date to be electronically filed with the Clerk of the Court using the CM/ECF System, which will automatically generate a Notice of Electronic Filing (NEF) to all Parties in this action who are registered users of the CM/ECF System. The NEF specifically identifies recipients of electronic notice.

| | |
|---|---|
| SARAH R. NAGY | Sarah.Nagy@Columbialegal.org |
| BONNIE A. LINVILLE | Bonnie.Linville@Columbialegal.org |
| NICHOLAS B. STRALEY | Nick.Straley@Columbialegal.org |

By: s/ *Daniel J. Judge*
DANIEL J. JUDGE, WSBA No. 17392
ANNE MILLER, WSBA No. 48355
WILLIAM M. MCGINTY, WSBA No. 41868
CINDY J. GADDIS, WSBA No. 49788

Assistant Attorneys General
Office of the Attorney General
PO Box 40124
7141 Cleanwater Drive SW
Olympia, WA 98504-0124
Telephone: (360) 586-6565
Fax: (360) 586-6657
Email: Daniel.Judge@atg.wa.gov
Anne.Miller@atg.wa.gov
William.McGinty@atg.wa.gov
Cindy.Gaddis@atg.wa.gov
Attorneys for Defendants

STIPULATION AND ORDER
EXTENDING TIME FOR ANSWER
NO. 3:21-cv-05248-RAJ-MLP

4

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565