UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL ROGERS, *et al.*,

               Plaintiffs,

   v.

DEPARTMENT OF CHILDREN, YOUTH
AND FAMILIES, *et al.*,

               Defendants.

Case No. C21-5248-RAJ-MLP

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

This matter is before the Court on Plaintiffs' Motion for Expedited Discovery and Expedited Entry of Scheduling Order ("Plaintiffs' Motion"), which became ripe for the Court's consideration on May 14, 2021. (Dkt. # 13.) Defendants' Response (dkt. # 26) argues Plaintiffs have failed to demonstrate good cause for expedited discovery, outweighing prejudice to Defendants, because the Court should first address Defendants' Eleventh Amendment sovereign immunity and qualified immunity defenses. (Dkt. # 26 at 1, 4-7.) To that end, Defendants filed a Motion to Dismiss on May 14, 2021, which is currently noted for June 11, 2021. (Dkt. # 32.)

Based on Defendants' contentions, the Clerk is directed to re-note Plaintiffs' Motion (dkt. # 13) for the Court's consideration on June 11, 2021, to be heard concurrently with Defendants' Motion to Dismiss (dkt. # 32).

Dated this 17th day of May, 2021.

William M. McCool
Clerk of Court

By: /s/Tim Farrell
Deputy Clerk