The Honorable RICHARD A. JONES
U.S. Magistrate Judge MICHELLE L. PETERSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL ROGERS, RONALD ACKERSON, and DAMIEN RIVERA *et al.*,

Plaintiffs,

vs.

DEPARTMENT OF CHILDREN, YOUTH and FAMILIES (DCYF) *et al.*,

Defendants.

CASE NO.: C21-5248-RAJ-MLP

STIPULATION AND ORDER

NOTE ON MOTION CALENDAR:

September 28, 2021

## I. STIPULATION

The parties, by and through their respective attorneys of record, hereby stipulate to the following:

1. The parties agree to stay depositions, including the deposition of Jennifer Redman, and continue the current deadline for Plaintiffs to file their Motion for Class Certification and Report of Class Certification Expert from December 3, 2021 to March 4, 2022, until this Court has ruled on Plaintiffs' Motion for Continuance under FRCP 56(d). Dkt. # 69.

2. This agreement was the product of a meet-and-confer conference occurring on September 23, 2021, following Plaintiffs' service of notice of deposition of Defendant

STIPULATION AND ORDER
NO. C21-5248-RAJ-MLP

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

Jennifer Redman (set for October 6, 2021) and before a motion for protective order relating to immunity defenses asserted in this case.

3. The extension of time is a compromise based on Plaintiffs' position that it is necessary in order to allow the Plaintiffs sufficient time to prepare their motion for class certification and related expert report following relevant depositions and discovery, including Ms. Redman's deposition. Plaintiffs' agreement to stay depositions in this matter is therefore contingent on the Court's extension of the deadline for their Motion for Class Certification. As part of this stipulation, this Court should re-set the due date of December 3, 2021 to March 4, 2022 for Plaintiffs to file their Motion for Class Certification and Report of Class Certification Expert.

4. The deadline for Defendants to file their opposition to Plaintiffs' Motion for Class Certification should be re-set from the due date of January 21, 2022 to April 22, 2022.

5. Plaintiff's deadline to file their Reply re: Motion for Class Certification should be re-set from February 25, 2022 to May 27, 2022.

6. Depositions in this matter should be stayed pending the court's ruling on Plaintiffs' Motion for Continuance under FRCP 56(d).

RESPECTFULLY SUBMITTED this 28th day of September, 2021.

| COLUMBIA LEGAL SERVICES | ROBERT W. FERGUSON<br>Attorney General |
|---|---|
| s/ *Sarah R. Nagy*<br>SARAH R. NAGY, WSBA No. 52806<br>ALISON S. BILOW, WSBA No. 49823<br>NICHOLAS B. STRALEY, WSBA No. 25963<br>101 Yesler Way, Suite 300<br>Seattle, WA  98104<br>Telephone: (206) 464-0838<br><br>*Attorneys for Plaintiffs* | s/ *Daniel J. Judge*<br>DANIEL J. JUDGE, WSBA No. 17392<br>*Senior Counsel*<br>ANNE MILLER, WSBA No. 48355<br>WILLIAM MCGINTY, WSBA No. 41868<br>CINDY J. GADDIS, WSBA No. 49788<br>*Assistant Attorneys General*<br><br>*Attorneys for Defendants* |

STIPULATION AND ORDER
NO. C21-5248-RAJ-MLP

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

**II.   ORDER**

IT IS HEREBY ORDERED that:

1. The stipulation of the parties is APPROVED AND ADOPTED.

2. Plaintiffs' deadline under the pretrial scheduling order to file their Motion for Class Certification and Report of Class Certification Expert is continued from December 3, 2021 to March 4, 2022.

3. The deadline for Defendants' to file their opposition to Plaintiffs' Motion for Class Certification should be re-set from the due date of January 21, 2022 to April 22, 2022.

4. Plaintiff's deadline to file their Reply re: Motion for Class Certification should be re-set from February 25, 2022 to May 27, 2022.

5. Depositions in this matter are STAYED until this Court has ruled on Plaintiffs' Motion for Continuance under FRCP 56(d).

Dated this 28th day of September, 2021.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

ROBERT W. FERGUSON
Attorney General

s/   *Daniel J. Judge*
DANIEL J. JUDGE, WSBA No. 17392
*Senior Counsel*
ANNE MILLER, WSBA No. 48355
WILLIAM MCGINTY, WSBA No. 41868
CINDY J. GADDIS, WSBA No. 49788
*Assistant Attorneys General*

Office of the Attorney General

STIPULATION AND ORDER
NO. C21-5248-RAJ-MLP

3

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

```
 1  7141 Cleanwater Drive SW
    PO Box 40124
 2  Olympia, WA 98504-0124
 3  Telephone: (360) 586-6565
    Fax:        (360) 586-6657
 4  Email:      Daniel.Judge@atg.wa.gov
                William.McGinty@atg.wa.gov
 5              Anne.Miller@atg.wa.gov
                Cindy.Gaddis@atg.wa.gov
 6
 7  Attorneys for Defendants

 8
    Approved for Entry by:
 9
    COLUMBIA LEGAL SERVICES
10
    s/     Sarah R. Nagy
11  SARAH R. NAGY, WSBA No. 52806
    NICHOLAS B. STRALEY, WSBA No. 25963
12  JONATHAN MOMAMIUKOR, WSBA No.
    ALISON BILOW, WSBA No.
13  101 Yesler Way, Suite 300
    Seattle, WA  98104
14  Telephone: (206) 464-0838
    Email:      Sarah.Nagy@Columbialegal.org
15              Nick.Straley@Columbialegal.org
                Jonathan.Nomamiukor@columbialegal.org
16              Alison.Bilow@Columbialegal.org

17  Attorneys for Plaintiffs
```

STIPULATION AND ORDER
NO. C21-5248-RAJ-MLP

4

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565