UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MICHAEL ROGERS, *et al.*,

           Plaintiffs,

   v.

DEPARTMENT OF CHILDREN, YOUTH AND FAMILIES, *et al.*,

           Defendants.

Case No. C21-5248-RAJ-MLP

MINUTE ORDER

      The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

      On November 4, 2021, Plaintiffs submitted an unopposed motion for protective order. (Dkt. # 97.) Local Civil Rule 26(c)(2) requires that parties departing from this district's model protective order provide the Court with a redlined version identifying departures from the model. Here, the redlined version provided by Plaintiffs did not identify all departures from this district's model protective order.

      Accordingly, Plaintiffs' unopposed motion (dkt. # 97) is STRICKEN. The Court will consider Plaintiffs' proposed protective order with provision of a redlined version that identifies all changes, alterations, or additions from this district's model order.

MINUTE ORDER - 1

Dated this 5th day of November, 2021.

                                              Ravi Subramanian
                                              Clerk of Court

                                       By: /s/Tim Farrell
                                               Deputy Clerk

MINUTE ORDER - 2