The Honorable RICHARD A. JONES
U.S. Magistrate Judge MICHELLE L. PETERSON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| MICHAEL ROGERS, RONALD ACKERSON, and DAMIEN RIVERA, on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br>vs.<br><br>ROSS HUNTER, Secretary of DCYF, in his official capacity; JODY BECKER, Deputy Secretary of DCYF Programs for Children and Families; REBECCA KELLY, Interim Secretary of DCYF Juvenile Rehabilitation; MARYBETH QUERAL, Assistant Secretary of DCYF Juvenile Rehabilitation; HARVEY PEREZ, Director of DCYF Institution Programs of Juvenile Rehabilitation; JENNIFER REDMAN, Superintendent of DCYF's Green Hill School; BENNY SWENSON; ANTHONY HARPER; WILLIAM DOLLARHYDE; OSWALDO ROSERO; MICHAEL SMITH; JOSEPH CLEVENGER; MARSHALL BROCKWAY; CRISS STEWART; NICHOLAS VELIZ; JUSTIN EDEN; DARIN MOTZ; JAMES COOK; JAMES "SCOTT" THOMAS; CHASE SMITH; KEN CLARK; and LORI AMBURGEY, DCYF administrators and staff, in their personal, individual, and official capacities,<br><br>                  Defendants. | NO. C21-5248-RAJ-MLP<br><br>STIPULATED MOTION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT<br><br>**NOTE ON MOTION CALENDAR:**<br>**November 29, 2021** |

STIPULATED MOTION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT
NO. C21-5248-RAJ-MLP

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

# I. STIPULATION

The parties, by and through their respective attorneys of record, hereby stipulate to the following:

1. The parties agree to amend the time for the previously named Defendants under the complaint in this matter to answer under FED. R. CIV. P. 15(a)(3) Plaintiffs' First Amended Complaint (Dkt. #104) for two weeks, from November 29, 2021, to December 13, 2021.

2. This additional time will facilitate Defendants' counsel's efforts to contact the newly named Defendants and to discuss waivers of personal service and Attorney General representation, and to avoid filing multiple answers to the First Amended Complaint.

3. This stipulation addresses no other pending due date in this matter.

RESPECTFULLY SUBMITTED this 29th day of November, 2021.

| COLUMBIA LEGAL SERVICES | ROBERT W. FERGUSON<br>Attorney General |
|---|---|
| s/ *Sarah R. Nagy*<br>SARAH R. NAGY, WSBA No. 52806<br>BONNIE A. LINVILLE, WSBA No. 49361<br>NICHOLAS B. STRALEY, WSBA No. 25963<br>ALISON S. BILOW, WSBA No. 49823<br>101 Yesler Way, Suite 300<br>Seattle, WA 98104<br>Telephone: (206) 464-0838<br><br>*Attorneys for Plaintiffs* | s/ *Anne Miller*<br>ANNE MILLER, WSBA No. 48355<br>DANIEL J. JUDGE, WSBA No. 17392<br>*Senior Counsel*<br>WILLIAM MCGINTY, WSBA No. 41868<br>CINDY J. GADDIS, WSBA No. 49788<br>*Assistant Attorneys General*<br><br>*Attorneys for Defendants* |

# II. ORDER

IT IS HEREBY ORDERED that:

1. The stipulated motion of the parties is APPROVED AND ADOPTED.

2. Defendants' deadline for filing the Answer to Plaintiffs' First Amended Complaint (Dkt. #104) is EXTENDED under FED. R. CIV. P. 15(a)(3) from November 29, 2021 to December 13, 2021.

//

STIPULATED MOTION TO EXTEND
TIME TO ANSWER FIRST AMENDED
COMPLAINT
NO. C21-5248-RAJ-MLP

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

3. The clerk is directed to electronically send copies of this Order to counsel of record.

Dated this 30th day of November, 2021.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

ROBERT W. FERGUSON
Attorney General

s/ *Anne Miller*
ANNE MILLER, WSBA No. 48355
DANIEL J. JUDGE, WSBA No. 17392
*Senior Counsel*
WILLIAM MCGINTY, WSBA No. 41868
CINDY J. GADDIS, WSBA No. 49788
*Assistant Attorneys General*

Office of the Attorney General
7141 Cleanwater Drive SW
PO Box 40124
Olympia, WA  98504-0124
Telephone:  (360) 586-6565
Fax:            (360) 586-6657

Email:        Anne.Miller@atg.wa.gov
              Daniel.Judge@atg.wa.gov
              William.McGinty@atg.wa.gov
              Cindy.Gaddis@atg.wa.gov

*Attorneys for Defendants*

Approved for Entry by:

COLUMBIA LEGAL SERVICES

s/ *Sarah R. Nagy*
SARAH R. NAGY, WSBA No. 52806

STIPULATED MOTION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT
NO. C21-5248-RAJ-MLP

3

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

| | |
|---|---|
| 1 | BONNIE A. LINVILLE, WSBA No. 49361 |
| 2 | NICHOLAS B. STRALEY, WSBA No. 25963 |
|   | ALISON S. BILOW, WSBA No. 49823 |
| 3 | 101 Yesler Way, Suite 300 |
|   | Seattle, WA  98104 |
| 4 | Telephone: (206) 464-0838 |
|   | Email:    Sarah.Nagy@Columbialegal.org |
| 5 |           Bonnie.Linville@Columbialegal.org |
|   |           Nick.Straley@Columbialegal.org |
| 6 |           Alison.Bilow@Columbialegal.org |

*Attorneys for Plaintiffs*

STIPULATED MOTION TO EXTEND TIME TO ANSWER FIRST AMENDED COMPLAINT
NO. C21-5248-RAJ-MLP

4

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565